B6D (Official Form 6D) (12/07)

In re  **BAXL Technologies, Inc.** ,  Case No. __08-50689__
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
    List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".
    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)
    Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.
☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Daniel Och<br>c/o Oz Capital<br>9 West 57th Street 39th Floor<br>New York, NY 10019 | | - | 11/18/2005<br><br>Note holder & servicer<br><br>Value $ 0.00 | | | | 500,000.00 | 500,000.00 |
| Account No.<br><br>Daniel Och<br>c/o Oz Capital<br>9 West 57th Street 39th Floor<br>New York, NY 10019 | | - | 1/24/2006<br><br>Note holder & servicer<br><br>Value $ 0.00 | | | | 125,000.00 | 125,000.00 |
| Account No.<br><br>Daniel Och<br>c/o Oz Capital<br>9 West 57th Street 39th Floor<br>New York, NY 10019 | | - | 3/4/2006<br><br>Note holder & servicer<br><br>Value $ 0.00 | | | | 125,000.00 | 125,000.00 |
| Account No.<br><br>Daniel Och<br>c/o Oz Capital<br>9 West 57th Street 39th Floor<br>New York, NY 10019 | | - | 4/18/2006<br><br>Note holder & servicer<br><br>Value $ 0.00 | | | | 50,000.00 | 50,000.00 |

__6__ continuation sheets attached

Subtotal (Total of this page)   800,000.00   800,000.00

B6D (Official Form 6D) (12/07) - Cont.

In re **BAXL Technologies, Inc.**, Debtor        Case No. **08-50689**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> E.H. Arnold <br> 815 Tudor Lane <br> Lebanon, PA 17402 | | - | 11/18/2005 <br> Note holder & servicer <br><br> Value $ 0.00 | | | | 500,000.00 | 500,000.00 |
| Account No. <br> E.H. Arnold <br> 815 Tudor Lane <br> Lebanon, PA 17402 | | - | 1/24/2006 <br> Note holder & servicer <br><br> Value $ 0.00 | | | | 125,000.00 | 125,000.00 |
| Account No. <br> E.H. Arnold <br> 815 Tudor Lane <br> Lebanon, PA 17402 | | - | 2/21/2006 <br> Note holder & servicer <br><br> Value $ 0.00 | | | | 50,000.00 | 50,000.00 |
| Account No. <br> E.H. Arnold <br> 815 Tudor Lane <br> Lebanon, PA 17402 | | - | 3/3/2006 <br> Note holder & servicer <br><br> Value $ 0.00 | | | | 40,000.00 | 40,000.00 |
| Account No. <br> E.H. Arnold <br> 815 Tudor Lane <br> Lebanon, PA 17402 | | - | 3/14/2006 <br> Note holder & servicer <br><br> Value $ 0.00 | | | | 125,000.00 | 125,000.00 |

Sheet __1__ of __6__ continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)   840,000.00   840,000.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **BAXL Technologies, Inc.** , Case No. __08-50689__
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>E.H. Arnold<br>815 Tudor Lane<br>Lebanon, PA 17402 | | - | 4/18/2006<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 175,000.00 | 175,000.00 |
| Account No.<br><br>E.H. Arnold<br>815 Tudor Lane<br>Lebanon, PA 17402 | | - | 7/5/2006<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 105,000.00 | 105,000.00 |
| Account No.<br><br>E.H. Arnold<br>815 Tudor Lane<br>Lebanon, PA 17402 | | - | 7/12/2006<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 50,000.00 | 50,000.00 |
| Account No.<br><br>E.H. Arnold<br>815 Tudor Lane<br>Lebanon, PA 17402 | | - | 7/19/2006<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 42,500.00 | 42,500.00 |
| Account No.<br><br>E.H. Arnold<br>815 Tudor Lane<br>Lebanon, PA 17402 | | - | 3/5/2008<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 200,000.00 | 200,000.00 |

Sheet __2__ of __6__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)   572,500.00   572,500.00

B6D (Official Form 6D) (12/07) - Cont.

In re  **BAXL Technologies, Inc.**                                                                                           Case No. __08-50689__
                                                        Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>E.H. Arnold<br>815 Tudor Lane<br>Lebanon, PA 17402 | - | | 3/26/2008<br><br>Note holder & servicer<br><br><br>Value $                    0.00 | | | | 200,000.00 | 200,000.00 |
| Account No.<br><br>E.H. Arnold<br>815 Tudor Lane<br>Lebanon, PA 17402 | - | | 3/31/2008<br><br>Note holder & servicer<br><br><br>Value $                    0.00 | | | | 275,000.00 | 275,000.00 |
| Account No.<br><br>E.H. Arnold<br>815 Tudor Lane<br>Lebanon, PA 17402 | - | | 6/19/2008<br><br>Note holder & servicer<br><br><br>Value $                    0.00 | | | | 125,000.00 | 125,000.00 |
| Account No.<br><br>Gus Bottazzi<br>6 Ocean View Drive<br>Stamford, CT 06902 | - | | 3/30/2006<br><br>Note holder & servicer<br><br><br>Value $                    0.00 | | | | 60,000.00 | 60,000.00 |
| Account No.<br><br>Jack Rose<br>100 Warwick Road<br>Bronxville, NY 10708 | - | | 10/12/2005<br><br>Note holder & servicer<br><br><br>Value $                    0.00 | | | | 30,000.00 | 30,000.00 |

Sheet __3__ of __6__ continuation sheets attached to                        Subtotal
Schedule of Creditors Holding Secured Claims                         (Total of this page)         690,000.00        690,000.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re **BAXL Technologies, Inc.**, Debtor

Case No. **08-50689**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Lightwaves Systems, Inc.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>1131 Wenig Road NE<br>Cedar Rapids, IA 52402 | | - | 5/2/2008<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 125,000.00 | 125,000.00 |
| Account No.<br>Lightwaves Systems, Inc.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>1131 Wenig Road NE<br>Cedar Rapids, IA 52402 | | - | 5/21/2008<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 125,000.00 | 125,000.00 |
| Account No.<br>Lightwaves Systems, Inc.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>1131 Wenig Road NE<br>Cedar Rapids, IA 52402 | | - | 6/5/2008<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 125,000.00 | 125,000.00 |
| Account No.<br>Michael Jacobsen<br>1474 Edgewood Dr.<br>Palo Alto, CA 94301 | | - | 1/20/2006<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 150,000.00 | 150,000.00 |
| Account No.<br>TW 8701 Opportunity Fund<br>c/o James Palmer<br>Legend Merchant Group<br>201 Mission St. 2nd Floor<br>San Francisco, CA 94105 | | - | 4/13/2006<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 50,000.00 | 50,000.00 |

Sheet **4** of **6** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page) **575,000.00** | **575,000.00**

In re **BAXL Technologies, Inc.**, Case No. **08-50689**
Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>Wheatley Associates III, L.P.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>80 Cuttermill Road Suite 302<br>Great Neck, NY 11021 | - | | 7/5/2006<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 9,250.00 | 9,250.00 |
| Account No.<br>Wheatley Foreign Partners III, L.P.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>80 Cuttermill Road Suite 302<br>Great Neck, NY 11021 | - | | 7/5/2006<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 14,700.00 | 14,700.00 |
| Account No.<br>Wheatley Foreign Partners, L.P.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>80 Cuttermill Road Suite 302<br>Great Neck, NY 11021 | - | | 7/12/2006<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 2,000.00 | 2,000.00 |
| Account No.<br>Wheatley Foreign Partners, L.P.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>80 Cuttermill Road Suite 302<br>Great Neck, NY 11021 | - | | 7/19/2006<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 1,700.00 | 1,700.00 |
| Account No.<br>Wheatley Partners II, L.P.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>80 Cuttermill Road Suite 302<br>Great Neck, NY 11021 | - | | 7/12/2006<br>Note holder & servicer<br><br>Value $ 0.00 | | | | 25,000.00 | 25,000.00 |

Sheet  5  of  6  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)    52,650.00    52,650.00

In re  **BAXL Technologies, Inc.**                                                           Case No.  **08-50689**
                                          Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Wheatley Partners II, L.P.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>80 Cuttermill Road Suite 302<br>Great Neck, NY 11021 | | - | 7/19/2006<br>Note holder & servicer<br><br>Value $                              0.00 | | | | 21,250.00 | 21,250.00 |
| Account No.<br><br>Wheatley Partners III, L.P.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>80 Cuttermill Road Suite 302<br>Great Neck, NY 11021 | | - | 7/5/2006<br>Note holder & servicer<br><br>Value $                              0.00 | | | | 81,050.00 | 81,050.00 |
| Account No.<br><br>Wheatley Partners, L.P.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>80 Cuttermill Road Suite 302<br>Great Neck, NY 11021 | | - | 7/12/2006<br>Note holder & servicer<br><br>Value $                              0.00 | | | | 23,000.00 | 23,000.00 |
| Account No.<br><br>Wheatley Partners, L.P.<br>Attn Pres, Gen Ptnr or Mng Mmb<br>80 Cuttermill Road Suite 302<br>Great Neck, NY 11021 | | - | 7/19/2006<br>Note holder & servicer<br><br>Value $                              0.00 | | | | 19,550.00 | 19,550.00 |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

Sheet  **6**  of  **6**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)  **144,850.00**   **144,850.00**

Total
(Report on Summary of Schedules)  **3,675,000.00**   **3,675,000.00**

In re   **BAXL Technologies, Inc.**                                                      Case No.   **08-50689**
_____,
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

        **1**_____ continuation sheets attached

B6E (Official Form 6E) (12/07) - Cont.

In re  **BAXL Technologies, Inc.** , Case No. **08-50689**
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Town of Bethel<br>Tax Collector<br>P.O. Box 274<br>Bethel, CT 06801** | | - | Property tax | | | | 8,157.00 | 0.00 | 8,157.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 8,157.00 | 0.00 | 8,157.00

Total (Report on Summary of Schedules) | 8,157.00 | 0.00 | 8,157.00

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037     Best Case Bankruptcy